UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-CR:47-3 |
| Plaintiff, | |
| vs. | Hon.   Paul L. Maloney |
| | Chief United States District Judge |
| AREN BERNARD BURTHWICK, | |
| Defendant. | |
| _____/ | **SUPERSEDING FELONY INFORMATION** |

The United States Attorney charges:

(MISPRISION OF FELONY)

On or about January 1, 2000, in or near Empire, Michigan, in the Southern Division of the Western District of Michigan, the defendant,

AREN BERNARD BURTHWICK,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the arson of Agriculture Hall at Michigan State University, an institution that was receiving Federal financial assistance, did conceal the same by assisting Frank Ambrose, Marie Mason, and others in destroying and discarding materials used in the arson, and did not as soon as possible make known the same to some judge or other person in civil authority under the United States.

18 U.S.C. § 4                                        CHARLES R. GROSS
                                                     United States Attorney


September 10, 2008                                    /s/ Hagen W. Frank
Dated                                                HAGEN WALTER FRANK
                                                     Assistant United States Attorney