UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-CR:47-3 |
| Plaintiff, | |
| vs. | Hon.  Paul L. Maloney |
| | Chief United States District Judge |
| AREN BERNARD BURTHWICK, | |
| Defendant. | |
| _____/ | **SECOND SUPERSEDING FELONY INFORMATION** |

The United States Attorney charges:

(MISPRISION OF FELONY)

On or about January 1, 2000, in or near Empire, Michigan, in the Southern Division of the Western District of Michigan, the defendant,

AREN BERNARD BURTHWICK,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, a conspiracy by Frank Ambrose and Marie Mason to commit the arson of Agriculture Hall at Michigan State University, an institution that was receiving Federal financial assistance, did conceal the same by making untrue statements to others about the location and intentions of Ambrose and Mason after they had departed Empire to commit the arson, and did not as soon as possible make known the same to some judge or other person in civil authority under the United States.

| | |
|---|---|
| 18 U.S.C. § 4 | CHARLES R. GROSS |
| | United States Attorney |
| | |
| September 11, 2008 | /s/ Hagen W. Frank |
| Dated | HAGEN WALTER FRANK |
| | Assistant United States Attorney |