AO 245B (Rev. 06/05)- Judgment in a Criminal Case

Judgment – Page 2
Defendant: FRANK BRIAN AMBROSE
Case Number: 1:08-cr-47-02

**FILED - GR**
December 16, 2008 12:52 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _rmw____/_____

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **one hundred eight (108) months**.

☒ The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be confined to a correctional facility as close as possible to family living in central Pennsylvania.

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The Defendant shall surrender to the United States Marshal for this district on _____ at _____
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons
  ☐ before 2:00 P.M. on _____
  ☐ as notified by the United States Marshal
  ☐ no later than _____
  ☐ no sooner than _____

  ☐ as notified by the Probation or Pretrial Services Office
  ☐ no later than _____
  ☐ no sooner than _____

## RETURN

I have executed this judgment as follows:

Defendant delivered v/s on _December 01, 2008_ to _FCT Cumberland_ at _Cumberland, Maryland_, with a certified copy of this judgment.

J. D. Whitehead, Warden
United States Marshal

By: _____ ISO
Deputy U.S. Marshal