PROB 34
1/92

**Report and Order Terminating Probation/Supervised Release**

# United States District Court

For The

Western District of Michigan

UNITED STATES OF AMERICA

      v.                                        Crim. No.    1:08:CR:47-03

AREN BERNARD BURTHWICK

    It appears the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on <u>March 18, 2011</u>.  I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

                                                  Respectfully submitted,

                                                  Nathan D. Lindquist

                                                  U.S. Probation Officer

ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    Dated this  <u>24th</u>  day of  <u>March</u>, 20<u>11</u>.

                                                  /s/  Paul L. Maloney

                                                  The Honorable Paul L. Maloney
                                                  Chief U.S. District Judge